UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN DAVIS,

Plaintiff,

– against –

BRITISH AUTO WORKS, INC., CARLOS MELO,
*and* JOHN DOES 1 TO 10,

Defendants.

**ORDER**

24-cv-8039 (ER)

Ramos, D.J.:

On August 18, 2025, a Clerk's Certificate of Default was issued as to British Auto and

Carlos Melo.  Doc. 18.  Since then, there has been no activity in the case.

Franklin Davis is therefore instructed to submit a status report by **April 16, 2026**.  Failure

to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   April 9, 2026
         New York, New York

EDGARDO RAMOS, U.S.D.J.