UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN DAVIS,

Plaintiff,

vs.

BRITISH AUTO WORKS INC.;
CARLOS MELO;
and JOHN DOES 1 to 10,

Defendants.

Civil Action No. 1:24-cv-08039-ER

**ORDER TO FOR DEFAULT JUDGMENT**

Upon the Revised Statement of Damages, with exhibits, dated August 27, 2026, the Complaint, and all of the relevant papers and pleadings filed with this Court in this matter it is so

**ORDERED** that Defendants pay $220,899.06, to Plaintiff Franklin Davis,

**ORDERED** that Defendants pay Plaintiff's Counsel's fees and costs in the amount of $67,856.87.

**ORDERED** that service by Federal Express or Certified Mail of a copy of this Order, together with the papers upon which it is granted, be served upon Defendants on or before September 4, 2026, at five o'clock in the afternoon and that such service shall be deemed good and efficient.

SO ORDERED:

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
Date: September 1, 2026

Dated: August 27, 2026